MICHAEL DUNN, JR., an Infant, by MICHAEL DUNN, SR.,
His Guardian ad Litem, Respondent, *v.* JACOB RUPPERT,
Appellant.

*Dunn* v. *Ruppert*, 166 App. Div. 390, affirmed.
(Submitted November 29, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 24, 1915, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover for personal injuries alleged to have been sus-

tained by plaintiff through the negligence of the defendant. The complaint alleged that plaintiff while driving a wagon south on Third avenue in the city of New York was thrown therefrom and received the injuries complained of as a consequence of a collision with one of defendant's trucks which was being driven north on the wrong side of the street in violation of city ordinances relating to rules of the road.

Grant C. Fox for appellant.

William S. Evans, Jacquin Frank and David M. Fink for respondent.

Judgment affirmed, with costs, under section 1317 of the Code of Civil Procedure; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. WILLARD BARTLETT, Ch. J., votes for reversal on the opinion of MCLAUGHLIN, J., below.